AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Gunnar James Ebert | ) | Case No.    1:24-mj-628 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    June 17, 2023, - October 8, 2024,    in the county of    Stark,    in the
District of    North Dakota    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | Drug User in Possession of Firearms, to wit, the defendant, knowing that he was an unlawful user of and addicted to a controlled substance, knowingly possessed in and affecting commerce firearms: Hi-Point, Model C9, 9mm pistol; DPMS, Model A-15, .223 caliber rifle; Hi-Point, Model 4595, .45 caliber rifle; Marlin, Model 25M, .22 caliber rifle; Glock, Model 22, .40 caliber pistol; Howa, Model 1500, .243 caliber rifle; Remington, Model 870 Wingmaster, 12-ga. shotgun; Bearman, Model BBG 38, .38 caliber pistol; Mossberg, Model 505, 20-ga. shotgun; and SIG Sauer, Model P226, 9mm pistol. |

This criminal complaint is based on these facts:

see attached Affidavit of FBI SA Erinn Tobin.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Erinn Tobin, FBI Special Agent
_____
*Printed name and title*

Sworn to [before me and signed in my presence][by reliable electronic means].

Date:    10/8/24

_____
*Judge's signature*

City and state:    Bismarck, ND

Charles  S.  Miller  Jr., U.S. Magistrate Judge
_____
*Printed name and title*