# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>                              )<br>      Plaintiff, )<br>                              )<br>vs. )<br>                              )<br>Gunnar James Ebert, )<br>                              )<br>      Defendant. ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No.: 1:24-cr-185 |

The undersigned shall hold a pretrial status conference with counsel by telephone on November 22, 2024, at 9:30 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Caller ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 8th day of November, 2024.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court